IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN VASHAUN MCKINLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INVENT HELP | : | NO. 16-6503 |

## ORDER

AND NOW, this 20th day of January, 2017, upon consideration of plaintiff's amended complaint (ECF No. 5) it is ORDERED that:

1. The amended complaint is DISMISSED for lack of subject matter jurisdiction. The dismissal is without prejudice to plaintiff refiling his state law claims in state court.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Gerald A. McHugh
GERALD A. MCHUGH, J.